746 A.2d 453

IN THE MATTER OF STEVEN BLUMROSEN,
AN ATTORNEY AT LAW.

March 9, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that as a matter of reciprocal discipline, **STEVEN BLUMROSEN** of **TUCSON, ARIZONA**, who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of eighteen months on the basis of respondent's eighteen-month suspension from practice in Arizona for conduct that in New Jersey would be in violation of *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having concluded that respondent should not be reinstated to practice in New Jersey unless and until he is reinstated in Arizona;

And good cause appearing;

It is ORDERED that **STEVEN BLUMROSEN** is suspended from the practice of law for a period of eighteen months, and until the further Order of the Court, retroactive to May 15, 1996; and it is further

ORDERED that no petition for reinstatement to practice be filed unless and until respondent is restored to practice in Arizona; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.